United States District Court
Southern District of Texas
**ENTERED**
May 19, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GOODMAN MANUFACTURING COMPANY, L.P., ET AL., | § § § § | |
| Plaintiffs. | § § | |
| VS. | § § | CIVIL ACTION NO. 4:18-CV-03499 |
| PACIFIC LINK, ET AL., | § § § | |
| Defendants. | § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On April 15, 2020, this case was referred to United States Magistrate Judge Andrew M. Edison pursuant to 28 U.S.C. § 636(b)(1)(B). *See* Dkt. 34. On May 1, 2020, Judge Edison filed a Memorandum and Recommendation (Dkt. 39), recommending that Defendant Wenzhou Qicheng Distribution Electrical Equipment Co., Ltd.'s Motion to Dismiss; and Incorporated Memorandum of Law (Dkt. 16) be **DENIED**.

No objections to the Memorandum and Recommendation have been filed. Accordingly, the Court reviews the Memorandum and Recommendation for plain error on the face of the record. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

(1) Judge Edison's Memorandum and Recommendation (Dkt. 39) is **APPROVED and ADOPTED** in its entirety as the holding of the Court; and

2

(2)     Wenzhou Qicheng Distribution Electrical Equipment Co., Ltd.'s Motion to Dismiss; and Incorporated Memorandum of Law (Dkt. 16) is **DENIED**.

It is so **ORDERED**.

SIGNED at Houston, Texas, this 19th day of May, 2020.

*George C. Hanks Jr.*
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE